DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENJAMIN K. SHARFI, TRUSTEE FOR BENJAMIN SHARFI 2002 TRUST, THE BUCCANEER CONDOMINIUM OF PALM BEACH SHORES, INC.,** and **BUCC18, LLC,**
Appellants,

v.

**GREAT AMERICAN LIFE INSURANCE COMPANY, STATE OF FLORIDA, DEPARTMENT OF ENVIRONMENTAL PROTECTION,** and **BOARD OF TRUSTEES FOR THE INTERNAL IMPROVEMENT TRUST FUND,**
Appellees.

No. 4D19-112

[March 12, 2020]

Appeal from the State of Florida, Department of Environmental Protection, Division of Administrative Hearings, L.T. OGC Case No. 17-0896, DOAH Case No. 17-6840.

Jason Gonzalez and Amber Stoner Nunnally of Shutts & Bowen LLP, Tallahassee, for appellants.

Justin G. Wolfe, General Counsel, and Jeffrey Brown, Tallahassee, for appellees State of Florida, Department of Environmental Protection, and Board of Trustees of the Internal Improvement Trust Fund.

Andrew J. Baumann of Lewis, Longman & Walker, P.A., West Palm Beach, and John W. Wallace of Lewis, Longman & Walker, P.A., Jacksonville, for appellee Great American Life Insurance Company.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***